# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4350
_____

ANNETTE AVILES,

    Appellant,

    v.

HIDDEN OAKS CONDOMINIUM
ASSOCIATION/CASTLEPOINT
NATIONAL,

    Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident:  August 11, 2014.

June 20, 2018

PER CURIAM.

    AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel DeCiccio and Wayne Johnson of DeCiccio & Johnson, Maitland, for Appellant.

Rayford H. Taylor of Hall Booth Smith, P.C., Atlanta, GA, for Appellees.